NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

**v.**

**BROOKS BROTHERS, INC., AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

———————————

2013-1180

———————————

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

2　　　　　　　　　STAUFFER v. BROOKS BROTHERS, INC.

Raymond E. Stauffer moves for reconsideration of the court's June 27, 2013 order denying his motion for leave to file an oversized principal brief. In the alternative, Mr. Stauffer moves to limit all appellees to a single joint brief not to exceed 14,000 words. Brooks Brothers opposes.

Because Mr. Stauffer's motion for reconsideration is untimely, the court need not consider his arguments regarding his principal brief. *See* Fed. Cir. R. 27(l) ("[A] party seeking review by the court of the action of a single judge . . . must file a motion for reconsideration within 14 days of the entry of the order.").

This court's rules generally allow different appellees represented by different counsel to file their own briefs. *See* Fed. Cir. R. 28.

Accordingly,

IT IS ORDERED THAT:

1)　Mr. Stauffer's motion is denied.

2)　Mr. Stauffer's brief, not to exceed 30 pages, is due within 14 days of this order. If Mr. Stauffer's brief is not filed by that time, the appeal will be dismissed for failure to prosecute.

FOR THE COURT

/s/ Daniel O'Toole
　　　Daniel O'Toole
　　　Clerk

s25